**Remand and Opinion Filed June 6, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00307-CV**

**ALEXUS WARGNIER, Appellant**
**V.**
**ALAN AND CYNTHIA WARGNIER, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 78725**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis

The Court has before it the parties' May 15, 2013 agreed motion to set aside. We

**GRANT** the motion, **SET ASIDE** the trial court's judgment without regard to the merits, and

**REMAND** this case to the trial court to effectuate the agreement of the parties. *See* TEX. R. APP.

P. 42.1(a)(2)(B).

PER CURIAM

130307F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ALEXUS WARGNIER, Appellant

No. 05-13-00307-CV      V.

ALAN AND CYNTHIA WARGNIER,
Appellees

On Appeal from the 354th District Court,
Hunt County, Texas
Trial Court Cause No. 78725.
Opinion delivered per curiam. Chief Justice
Wright, Justice Lang-Miers and Justice
Lewis sitting for the Court.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment without regard to the merits and **REMAND** this case to the trial court to effectuate the agreement of the parties. *See* Tex. R. App. P. 42.1(a)(2)(B).

We **ORDER** that appellees recover their costs of this appeal from appellant, unless the parties' agreement states otherwise.

Judgment entered June 6, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–2–